The Town of Hempstead, Respondent, v. Newbold T. Lawrence, Individually,

and as Executor, etc., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.